[Nos. 55430-1-I; 55433-6-I.   Division One.   February 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBI JO TWETEN, *Appellant.*

Appeals from judgments of the Superior Court for Skagit County, Nos. 03-1-00018-2 and 04-1-00703-7, Dave Needy, J. Pro Tem., entered November 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55513-8-I.   Division One.   February 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH NOEL ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00096-2, Susan K. Cook, J., entered December 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55803-0-I.   Division One.   February 27, 2006.]

DELINDA MIDDLETON TAYLOR, *Appellant,* v. THE BASEBALL CLUB OF SEATTLE, L.P., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-31297-5, Mary Yu, J., entered January 28, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Agid and Becker, JJ. Now published at 132 Wn. App. 32.

[No. 55888-9-I.   Division One.   February 27, 2006.]

ACCENTURE, L.L.P. ET AL., *Respondent,* v. MERIDIAN PARTNERSHIP MANAGEMENT, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-20671-5, Michael J. Fox, J., entered February 15, 2005. *Reversed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, A.C.J., and Ellington, J.